UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON GREENSPAN,

    Plaintiff,

        v.

EXECUTIVE OFFICE FOR U.S. ATTORNEYS, *et al*,

    Defendants.

Case No. 1:23-cv-01816-BAH

**PLAINTIFF'S EMERGENCY MOTION FOR HEARING TO COMPEL IMMEDIATE DOCUMENT PRODUCTION**

    This lawsuit concerns a number of Freedom of Information Act (FOIA) requests about Bola Ahmed Tinubu, who is recognized by many as the current President of Nigeria. Mr. Tinubu had a role in the early 1990s laundering money for a heroin ring in Chicago. The FOIA requests at issue in this case largely involve documents that more fully describe his role in that criminal enterprise.

    Mr. Tinubu's 2023 election to the Nigerian presidency is hotly contested. According to *The New York Times*, "A judicial tribunal in Nigeria confirmed on Wednesday [September 6, 2023] the results of a contested February presidential election that kept Africa's most populous country on edge amid allegations of voting irregularities and tainted the first months in power for the declared winner, President Bola Tinubu." *See* "Nigerian Court Rejects Challenges to Contested Presidential Election" by Elian Peltier, September 6, 2023, https://www.nytimes.com/2023/09/06/world/africa/nigeria-decision-presidential-election.html. While the same *New York Times* article also reported that, "The plaintiffs have 60 days to file an appeal to Nigeria's Supreme Court," in the past 24 hours, the timeline of events appears to have accelerated dramatically in Nigeria. *Id*. The Nigerian Supreme Court *now* plans to begin

1

hearing argument regarding the circumstances of Mr. Tinubu's election on **Monday, October 23, 2023**. The sudden advance in timing appears intended to front-run the release of responsive FOIA documents from the defendants in this action, and especially the Federal Bureau of Investigation. Those documents would likely be directly relevant to the foreign proceedings in Nigeria.

Through Defendants' counsel, Plaintiff made Defendants aware of the foreign proceedings in Nigeria in September 2023. Defendants acknowledged the unique circumstances in this case and affirmed that documents would be produced as they became available. No documents have been produced thus far.

Attached to this motion as Exhibit A is a document that purports to be a scheduling order relevant to these matters issued by the Supreme Court of Nigeria.

Pursuant to Local Civil Rule 7(m), Plaintiff attempted to discuss this matter by e-mail and phone with Attorney Littman, but he responded that he is on leave today.

In light of the above, Plaintiff requests a remote Zoom (or similar) hearing at the Court's earliest convenience—and ideally, on Monday, October 23, 2023—to discuss even the most remote possibility of documents being produced before the October 31, 2023 chosen by defendants for themselves.

Dated: October 20, 2023              Respectfully submitted,

*(signature)*
Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

**EXHIBIT A**
Nigerian Supreme Court Scheduling Order




**SUPREME COURT OF NIGERIA**

IN THE SUPREME COURT OF NIGERIA
HOLDEN AT ABUJA

CA/A/PEPC/03/23
SC/CV/1937/2023

Between MR. PETER GREGORY OBI & LP .................... Appellant(s)

AND

INEC & 3 ORS .................................................. Respondent(s)

TAKE NOTICE that the above appeal/motion will be listed for hearing before the Supreme Court of Nigeria sitting at Abuja on Mon. 23rd day of October 2023.

AND FURTHER TAKE NOTICE that in accordance with Order 2 Rule 1(2) of the Supreme Court Rules 1985, as amended, this NOTICE is deemed sufficiently served on you if it is left at your address of service or sent by registered post and since the date of service by post is material, Section 26 of the Interpretation Act, 1964 shall apply.

Dated this 19th day of Oct. 2023

REGISTRAR
Zainab M. Garba

P.T.O

N° SCN009004