**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON GREENSPAN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al*,<br><br>Defendants. | Case No. 1:23-cv-01816-BAH |

**PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(c), Plaintiff Aaron Greenspan respectfully moves this Court for summary judgment. In support of this motion, the Court is respectfully referred to the accompanying memorandum of points and authorities, Plaintiff's Declaration and Exhibits submitted in support, and Plaintiff's Statement of Material Facts As to Which There Is No Genuine Dispute. A proposed order is also attached.

Dated: June 25, 2026

Respectfully submitted,

Aaron Greenspan
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org