**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON GREENSPAN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al*,<br><br>Defendants. | Case No. 1:23-cv-01816-BAH |

**STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE, PURSUANT TO LOCAL RULE 7(h)**

Pursuant to Local Rule 7(h), Plaintiff Aaron Greenspan submits the following statement of material facts as to which there is no genuine issue:

1. Mueez Adegboyega Akande's death has been confirmed by the United States Department of Justice ("USDOJ"). ECF No. 35-5.

2. Lee Andrew Edwards's death has been confirmed by USDOJ, the Federal Bureau of Investigation ("FBI") and Drug Enforcement Administration ("DEA"). ECF No. 34 at 4.

3. FBI is a component of USDOJ.

4. DEA is a component of USDOJ.

5. USDOJ policies and decisions relevant to this action apply to and are binding upon FBI and DEA. *See Sanders v. Federal Bureau of Investigation*, Case No. 1:20-cv-03672 at 13 n. 4 (D.D.C. March 25, 2022).

6. USDOJ Assistant U.S. Attorney Marsha A. McClellan filed a Verified Complaint on July 26, 1993 in Northern District of Illinois Case No. 1:93-cv-04483 in which she, in her official capacity, incorporated by reference the affidavit of IRS Special Agent Kevin Moss (the "Moss Affidavit"), which in turn described in writing a joint FBI/DEA/IRS investigation into

Bola Ahmed Tinubu, the owner of many of the bank accounts named as defendants in that civil forfeiture case.

7. The July 26, 1993 Verified Complaint in Northern District of Illinois Case No. 1:93-cv-04483 is public record despite Judicial Conference policy that limits electronic access via PACER to the Chicago federal courthouse because it originated from archives.

8. The Moss Affidavit went into detail about Tinubu's involvement in the narcotrafficking ring that was the subject of that case and explicitly named him and certain family members in connection with money laundering activities and various other federal crimes.

9. On July 26, 1993, USDOJ officially disclosed that Bola Ahmed Tinubu was the subject of a joint FBI/DEA/IRS investigation, foreclosing and waiving any of those agencies' ability to now issue a *Glomar* response.

10. Mueez Adegboyega Akande's name is also disclosed in the Moss Affidavit.

11. Adegboyega Mueez Akande is the same person as Mueez Adegboyega Akande.

12. Abiodun Agbele's name is also disclosed in the Moss Affidavit.

13. Abiodun Agbele's name is disclosed on one page in the FBI's FOIA production dated June 10, 2024. June 10, 2024 FBI FOIA Production at 3.

14. "Alhaji Mogati," also known as Abibatu Mogaji, is publicly named as a Claimant in the aforementioned Northern District of Illinois Case No. 1:93-cv-04483.

15. Abibatu Mogaji is widely reported to be Bola Tinubu's mother.

16. Names and telephone numbers of FBI agents, as well as information about wiretaps and pen registers, associated with the investigation into the Lee Andrew Edwards/Mueez Akande/Abiodun Agbele/Bola Tinubu drug ring are publicly available as part of the public case file in *USA v. Edwards et al*, Northern District of Indiana Case No. 2:92-cr-00113-RL.

17. In open court in Northern District of Indiana Case No. 2:92-cr-00113-RL, former DEA Special Agent Vincent Balbo stated that Abiodun Agbele had been indicted.

18. There is at present no record of Abiodun Agbele's indictment on PACER.

19. Former FBI Special Agents Karen and Robert Pertuso were involved in the investigation into the Lee Andrew Edwards/Mueez Akande/Abiodun Agbele/Bola Tinubu drug ring. *USA v. Edwards et al*, Northern District of Indiana Case No. 2:92-cr-00113-RL March 9, 1993 Trial Transcript.

20. According to *The Washington Post*, former FBI Special Agents Karen and Robert Pertuso were involved in a scandal later in their careers at the FBI pertaining to their joint and simultaneous involvement in FBI investigations despite being married couple. *See* https://www.washingtonpost.com/archive/politics/2004/01/31/fbi-investigates-head-of-detroit-office/59f381b5-66af-49f3-b980-9da146f72043/.

21. The investigation into the Lee Andrew Edwards/Mueez Akande/Abiodun Agbele/Bola Tinubu narcotrafficking ring is long since closed and disclosure of information about it now would not put the lives of any individuals at risk.

22. Many individuals involved in the investigation into the Lee Andrew Edwards/Mueez Akande/Abiodun Agbele/Bola Tinubu narcotrafficking ring are now deceased and accordingly have no right to privacy for the purposes of FOIA.

23. Bola Tinubu was elected President of Nigeria in 2024 in a contested election.

24. The United States Census Bureau estimates that as of 2022, there were over 500,000 individuals living in the United States claiming Nigerian ancestry.

25. The population of Nigeria itself is over 236 million per CIA World Factbook data.

26. Bola Tinubu's right to privacy is non-existent as to the details already disclosed by the USDOJ and various other agencies in the public record, but significantly diminished and outweighed by the public interest in his historical involvement with criminal activity given that he is now in elected office in Nigeria.

27. The name "Tinubu" does not appear unredacted in any materials that have been produced by Defendants in this action thus far.

28. Thirty years after the fact, there is no pending investigation regarding the crimes described in Northern District of Indiana Case No. 2:92-cr-00113-RL or Northern District of Illinois Case No. 1:93-cv-0448.

29. Thirty years after the fact, there are no ongoing "enforcement proceedings" regarding the crimes described in Northern District of Indiana Case No. 2:92-cr-00113-RL or Northern District of Illinois Case No. 1:93-cv-0448.

30. While this litigation was pending, Bola Tinubu met with former FBI Director Christopher Wray in Abuja, Nigeria on "June 12-14," 2024 according to a press release on the FBI website at https://www.fbi.gov/news/press-releases/fbi-director-wray-travels-to-nigeria-meets-with-president-tinubu-and-senior-officials.

Dated: June 25, 2026

Respectfully submitted,

Aaron Greenspan
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org