**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON GREENSPAN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al*,<br><br>Defendants. | Case No. 1:23-cv-01816-BAH |

**DECLARATION OF AARON GREENSPAN IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT**

I, Aaron Greenspan, declare as follows:

1. I am the Plaintiff in the above styled litigation.

2. Beginning in July of 2022, I filed a number of Freedom of Information Act ("FOIA") requests broadly concerning Bola Ahmed Tinubu and his associates in an international narcotrafficking ring operating from Chicago, Illinois in the early 1990s with the Executive Office for United States Attorneys ("EOUSA"), Federal Bureau of Investigation ("FBI"), Drug Enforcement Administration ("DEA"), Internal Revenue Service ("IRS"), Department of State ("State"), and Central Intelligence Agency ("CIA").

3. For various reasons, all of these FOIA requests were denied or effectively denied (not responded to within the time allowed by statute).

4. In 2024, Bola Ahmed Tinubu was elected President of Nigeria in a controversial election.

5. On July 11, 2024, I voluntarily dismissed the claims against the EOUSA, State, and IRS. This left eight FOIA requests and their associated claims, as well as a claim for declaratory judgment, at issue in this action.

6. As described in Count III of the Second Amended Complaint, on July 16, 2022, I filed a FOIA request for records concerning Lee Andrew Edwards with the FBI. True and accurate copies of my correspondence with the FBI regarding this request can be found in the case record at ECF No. 35-12 through 35-19.

7. As described in Count IX of the Second Amended Complaint, on July 21, 2022, I filed a FOIA request for records concerning Bola Ahmed Tinubu and Lee Andrew Edwards with the DEA. True and accurate copies of my correspondence with the DEA regarding this request can be found in the case record at ECF No. 35-41 through 35-46.

8. As described in Count IV of the Second Amended Complaint, on March 23, 2023, I filed a FOIA request for records concerning Mueez Adegboyega Akande with the FBI. True and accurate copies of my correspondence with the FBI regarding this request can be found in the case record at ECF No. 35-20 through 35-21.

9. As described in Count X of the Second Amended Complaint, on March 23, 2023, I filed a FOIA request for records concerning Mueez Adegboyega Akande with the DEA. True and accurate copies of my correspondence with the DEA regarding this request can be found in the case record at ECF No. 35-47 through 35-51.

10. As described in Count XII of the Second Amended Complaint, on March 23, 2023, I filed a FOIA request for records concerning Bola Ahmed Tinubu with the CIA. A true and accurate copy of my correspondence with the CIA regarding this request can be found in the case record at ECF No. 35-57.

11. As described in Count V of the Second Amended Complaint, on March 29, 2023, I filed a FOIA request for records concerning Bola Ahmed Tinubu's case file with the FBI. True and accurate copies of my correspondence with the FBI regarding this request can be found in the case record at ECF No. 35-22 through 35-25.

12. As described in Count VI of the Second Amended Complaint, on May 23, 2023, I filed a FOIA request for records concerning Bola Ahmed Tinubu's interview Form 302s with the

FBI. True and accurate copies of my correspondence with the FBI regarding this request can be found in the case record at ECF No. 35-26 through 35-29.

13. As described in Count XI of the Second Amended Complaint, on December 5, 2023, I filed a FOIA request for records concerning Abiodun Agbele with the DEA. True and accurate copies of my correspondence with the DEA regarding this request can be found in the case record at ECF No. 35-52 through 35-56.

14. Any privacy interests that the remaining defendants in this action now assert merit protection under FOIA Exemptions 6 and 7(C) are based on information now approximately thirty years out of date. Virtually every mailing address and telephone number in the requested documents is no longer in use by its initial owner or associated contact.

15. Several of the individuals involved in the narcotrafficking ring at issue are now deceased. Accordingly, they have no privacy interests.

16. Based on the publicly available documents, it is my belief that both Abiodun Agbele and Bola Ahmed Tinubu were indicted by the United States Department of Justice, but that their indictments remain under seal.

17. I do not recall seeing the word “Tinubu” printed on a single page of the documents that have been produced by the defendants in this action thus far, except for on FBI cover letters referring to the action itself.

18. As Exhibit A, I have attached a true and correct copy of the Verified Complaint in *USA v. Acct 263226700, et al*, Northern District of Illinois Case No. 1:93-cv-04483, as well as that document’s attachments. Notably, Attachment 1 is the signed Affidavit of Internal Revenue Service Special Agent Kevin Moss, which is incorporated by reference into the Verified Complaint.

19. As Exhibit B, I have attached a true and correct copy of an excerpt from Document No. 778 from *USA v. Edwards et al*, Northern District of Indiana Case No. 2:92-cr-00113-RL, which I obtained from the National Archives in Chicago. This document reflects that Abiodun Agbele was indicted with the assistance of former DEA Special Agent Vincent Balbo.

20. As Exhibit C, I have attached a true and correct copy of the Federal Bureau of Investigation's production to me dated June 10, 2024. This production contains the name "AGBELE," which is a reference to Abiodun Agbele.

21. As Exhibit D, I have attached a true and correct copy of the CIA World Factbook page for Nigeria, estimating a population of 236,747,130 as of 2024.

22. As Exhibit E, I have attached a true and correct copy of an excerpt of United States Census Table DP05 with data from 2021, representing that the federal government estimated that 530,661 individuals of Nigerian ancestry resided in the United States at that time.

23. As Exhibit F, I have attached a true and correct copy of the FBI's May 28, 2026 production cover letter and accompanying "Section (1)" file, which includes a redacted version of the 1993 affidavit of IRS Special Agent Kevin Moss contained in Exhibit A—in my view, pointlessly so.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on June 25, 2026 in Santa Clara County, California.

Dated: June 25, 2026

Respectfully submitted,

Aaron Greenspan

Aaron Greenspan
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org