**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AARON GREENSPAN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al*,<br><br>Defendants. | Case No. 1:23-cv-01816-BAH |

**[PROPOSED] ORDER**

Upon consideration of the second motion by Plaintiff Aaron Greenspan for summary judgment in this action, the memoranda in support and opposition, and the entire record herein, it is hereby ORDERED that Plaintiff's motion is GRANTED. Defendants shall produce revised copies of any and all records already produced to Plaintiff without any redactions as to Bola Ahmed Tinubu and Abiodun Agbele or any other related subject(s). Within three (3) days, the United States Department of Justice shall motion to unseal, in any district where sealed criminal proceedings against Bola Ahmed Tinubu and Abiodun Agbele may be found, any such cases. The Clerk is directed to enter judgment for Plaintiff on a separate paper pursuant to Fed. R. Civ. P. 58.

Dated: ___________________

_________________________________
Hon. Beryl A. Howell
United States District Judge